IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY
CASE NO: 7:18-cv-207-FL

| | |
|---|---|
| SCOTT LINDSEY, ) | |
|         **Plaintiff,** ) | |
| v. ) | |
| ) | |
| UNNAMED 24' 2005 CHAPARRAL ) | |
| SIGNATURE 24)(NC 4542 DA) (HIN# ) | |
| FGBF1746A505), her gear, tackle, ) | |
| apparel, furniture, engines, fishing ) | |
| history and permits, and ) **ORDER WITHHOLDING ISSUANCE OF** |
| appurtenances, etc., *in rem,* ) **WARRANT OF ARREST OF VESSEL** |
| ) | |
| and ) | |
| ) | |
| JERRY T. DYCUS, *in personam,* ) | |
| ) | |
|         **Defendants** ) | |
| ) | |

Upon the motion of plaintiff, pursuant to Fed. R. Civ. P. App'x C Rule E(3)(b), it is hereby ORDERED that the issuance of the warrant of arrest for the UNNAMED 24' 2005 CHAPARRAL SIGNATURE 24)(NC 4542 DA) (HIN# FGBF1746A505), her gear, tackle, apparel, furniture, engines, fishing history and permits, and appurtenances, etc., be and is HEREBY WITHHELD until such time as plaintiff files a subsequent motion with this Court for the issuance of such a warrant.

SO ORDERED, this the 30th day of November, 2018.

_____
United States District Judge